UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA A. MARTINEZ,<br>Plaintiff,<br>v.<br>NISSAN NORTH AMERICA, INC.,<br>Defendant. | Case No. 2:25-cv-06848-CV (AJRx)<br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[DOC. # 16]** |

On July 23, 2026, the Parties filed a Stipulation of Dismissal (the "Stipulation"). Doc. # 16. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

The entire action, including all claims and counterclaims stated herein against all parties is DISMISSED with prejudice. The clerk is directed to close the case. The Court declines to retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED**.

Dated: 9/14/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE